# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| RED LION HOTELS FRANCHISING, INC., <br> *Plaintiff* <br> v. <br> CENTURY-OMAHA LAND, LLC. <br> and EDWIN W. LESLIE, <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 2:18-CV-0131-TOR <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* Red Lion Hotels Franchising, Inc. recover from the defendant *(name)* Century-Ohmaha Land LLC the amount of Three million six hundred seventy one thousand eighty three/89 cents dollars($ 3,671,083.89 ), which includes prejudgment interest at the rate of 0.00 %, plus post judgment interest at the rate of 2.55 % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas O. Rice on Plaintiff's Motion for Default Judgment ECF No. 20.

Date: February 19, 2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen