# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| RED LION HOTELS FRANCHISING, INC.,<br>*Plaintiff*<br>v.<br>CENTURY-OMAHA LAND, LLC.<br>and EDWIN W. LESLIE,<br>*Defendant* | )<br>)<br>)<br>)<br>) Civil Action No. 2:18-CV-0131-TOR<br>)<br>) |

## AMENDED* JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* Red Lion Hotels Franchising, Inc. recover from the defendant *(name)* Century-Omaha Land LLC the amount of Three million six hundred seventy one thousand eighty three/89 cents dollars ($ 3,671,083.89 ), which includes prejudgment interest at the rate of 0.00 %, plus post judgment interest at the rate of 2.55 % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas O. Rice on Plaintiff's Motion for Default Judgment ECF No. 20.

Date: March 15, 2019

*Amended to correct spelling of Defendant's name.

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen