UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RED LION HOTELS FRANCHISING, INC., | |
| Plaintiff, | No.  2:18-CV-0131-TOR |
| v. | |
| | JUDGMENT IN A CIVIL CASE |
| CENTURY-OMAHA LAND, LLC and EDWIN W. LESLIE, | |
| Defendant. | |

**THE COURT HAS ORDERED** that judgment be entered in favor of Plaintiff against **EDWIN W. LESLIE** as follows:

a. $470,343.32 for breach of the Franchise License Agreement;

b. $1,825,000 in liquidated damages for breach of the Franchise License Agreement;

c. $269,874.82 for breach of the Financing Agreement;

d. $162,961.37 in pre-award interest on the principal balance under the Franchise License Agreement calculated to May 31, 2019;

e. $74,647.10 in pre-award interest on the principal balance under the Financing Agreement calculated to May 31, 2019;

f. Post-award interest on $470,343.32, or any remaining principal balance under the Franchise License Agreement, at the rate of 18 percent per year from June 1, 2019;

**1 | JUDGMENT IN A CIVIL CASE**

g. Post-award interest on $1,825,000 in liquidated damages for breach of the Franchise License Agreement at 12 percent per year from June 1, 2019;

h. Post-award interest on $269,874.82, or any remaining principal balance under the Financing Agreement at the rate of 18 percent per year from June 1, 2019;

i. $102,958.00 in attorney fees, plus interest at the statutory rate of 12 percent per year from June 1, 2019;

j. $10,837.21 in costs, plus interest at the statutory rate of 12 percent per year from June 1, 2019; and

k. $9,339.58 for the cost of the arbitration administrative fee and the arbitrator's compensation, plus interest at the statutory rate of 12 percent per year from June 1, 2019.

**THIS ACTION WAS** decided by Judge Thomas O. Rice on Plaintiff Red Lion Hotels Franchising Inc.'s Motion to Confirm Arbitration Award and Enter Judgment (ECF No. 34).

This Judgment is entered in addition to the prior Judgment entered against Century-Omaha Land, LLC., at ECF No. 33.

DATED:  August 6, 2019.

SEAN F. McAVOY
Clerk of Court

By: *s/Linda Hansen*
Deputy Clerk
